IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-146-MOC-DSC

| | |
|---|---|
| TRUSTEE SERVICES OF CAROLINA, LLC, <br> Petitioner/Plaintiff <br><br> v. <br><br> ANGEL L. RIVERA <br> Respondent/Defendant <br>_____ <br><br> ANGEL L. RIVERA <br> Counter-Claimaint <br><br> v. <br><br> TRUSTEE SERVICES OF CAROLINA, LLC; BANK OF AMERICA, N.A.; AND JOHN and/or JANE DOES 1 through 10 inclusive <br> Counter-Defendants | **MEMORANDUM AND ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of "Trustee Services of Carolina, LLC's Motion to Dismiss the Counterclaim of Angel L. Rivera," Doc. 5, on March 14, 2012 and the filing of "Cross-Defendant Bank of America, N.A.'s Motion To Dismiss the Third-Party Complaint," Doc. 7, on March 16, 2012.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Counter Claimant Angel L. Rivera, who is proceeding *pro se*, that he has a right to respond to Defendant's Motions. The Court also advises Plaintiff that failure to respond may result in Defendants being granted the relief they seek, that is, the **DISMISSAL OF THE COMPLAINT WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that Plaintiff is allowed until April 2, 2012 to respond

to "Trustee Services of Carolina, LLC's Motion to Dismiss the Counterclaim of Angel L. Rivera," Doc. 5, and "Cross-Defendant Bank of America, N.A.'s Motion To Dismiss the Third-Party Complaint," Doc. 7.

**SO ORDERED.**

Signed: March 19, 2012

David S. Cayer
United States Magistrate Judge